UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-100 (EMB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.    **NOTICE OF SUBSTITUTION**

BRITTANY STALLINGS,

      Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

Add AUSA

Zain Abid

Remove AUSA

Kristian C.S. Weir

Dated: February 6, 2026          Respectfully submitted,

                                         DANIEL N. ROSEN
                                         United States Attorney

                                         *s/Zain Abid*
                              BY:  Zain Abid
                                         Assistant U.S. Attorney